IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIA ANTOINETTE HARRIS,** | : | CASE NO. **17-69878-WLH** |
| | : | |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARIA ANTOINETTE HARRIS, Debtor; JERRY DUANE HARRIS, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Capital One Auto Finance, a division of Capital One, N.A.** has filed a Motion for Relief from Automatic Stay and Codebtor Stay and related papers with the Court seeking an order of relief from the Automatic Stay and Codebtor Stay.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay and Codebtor stay, in Courtroom 1403, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia at 2:30 p.m. on January 24, 2018.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is

received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.

Dated: December 21, 2017          Signature: /s/Philip L. Rubin
                                  Philip L. Rubin
                                  5555 Glenridge Connector
                                  Suite 900
                                  Atlanta, Georgia  30342
                                  (404) 869-6900
                                  prubin@lrglaw.com
                                  Bar Number 618525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIA ANTOINETTE HARRIS,** | : | CASE NO. **17-69878**-WLH |
| | : | |
| Debtor. | : | |
| _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARIA ANTOINETTE HARRIS, Debtor; JERRY DUANE HARRIS, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

NOW COMES CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. (the "Movant") and moves this Court for relief from the automatic stay and Codebtor Stay and shows the Court as follows:

1.

On November 13, 2017, Maria Antoinette Harris ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2013 Toyota Camry (the "Collateral"). The Collateral is jointly titled in the name of the nonfiling cosigner, Jerry Duane Harris (the "Codebtor"), who is jointly obligated to Movant on the loan secured thereby. The payoff as of December 18, 2017 is $14,148.37.

3.

Movant is in possession of the Collateral, and Debtor's proposed Chapter 13 Plan provides to surrender the Collateral to Movant.

4.

Relief from Codebtor Stay is appropriate pursuant to U.S.C. Section 1301.

5.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

6.

It appears that there are no junior lienholders with an interest in the Collateral as indicated in the Debtor's schedules.

7.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

8.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

9.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) and Codebtor Stay under 11 U.S.C. Section 1301 so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection and proceed with collection against the nonfiling Codebtor;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This December 21, 2017.

                                                The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant


By: /s/Philip L. Rubin
      Philip L. Rubin
      Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIA ANTOINETTE HARRIS,** | : | CASE NO. **17-69878-WLH** |
| | : | |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARIA ANTOINETTE HARRIS, Debtor; JERRY DUANE HARRIS, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY and NOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Maria Antoinette Harris
3045 Avondale Blvd
Conyers, GA 30013

Jerry Duane Harris
3045 Avondale Blvd
Conyers, GA 30013

E. L. Clark
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

    This December 21, 2017.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant

        By: /s/Philip L. Rubin
            Philip L. Rubin
            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com