**IT IS ORDERED as set forth below:**



**Date: January 29, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIA ANTOINETTE HARRIS**, | : | CASE NO. **17-69878**-WLH |
| | : | |
| Debtor. | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARIA ANTOINETTE HARRIS, Debtor; JERRY DUANE HARRIS, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing January 24, 2018, on the *Motion for Relief from Automatic Stay and Codebtor Stay* filed by Capital One Auto Finance, a division of Capital

One, N.A. ("Motion")("Movant").  Movant claims a security interest in Debtor and Codebtor's vehicle: 2013 Toyota Camry (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor, Codebtor, nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 and Codebtor Stay of Section 1301 are modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds. Movant may also proceed with collection under nonbankruptcy law against the nonfiling Codebtor; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.  The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

| | |
|---|---|
| PREPARED and PRESENTED BY:<br>The Law Office of<br>LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.<br>Attorneys for Movant | NO OPPOSITION TO:<br><br>Chapter 13 Trustee |
| By: ____/S/_____<br>   Philip L. Rubin<br>   Ga. State Bar No. 618525<br><br>5555 Glenridge Connector<br>Suite 900<br>Atlanta, Georgia  30342<br>(404) 869-6900<br>prubin@lrglaw.com | By:_____/S/_____ *with express permission*<br>   Ryan Williams<br>   Ga. State Bar No. 940874<br>Office of the Chapter 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303 |

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Maria Antoinette Harris
3045 Avondale Blvd
Conyers, GA 30013

Jerry Duane Harris
3045 Avondale Blvd
Conyers, GA 30013

E. L. Clark
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303